IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD D. AREHART, | ) |
| Plaintiff, | ) Civil Action No. 7:09-cv-00291 |
| | ) |
| v. | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |
| WARDEN B. WATSON, et al., | ) |
| Defendants. | ) ORDER |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** and the case is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of August, 2009.

/s/ James C. Turk
Senior United States District Judge